NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7114

JAMES P. HILLIARD,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Sandra E. Booth, Sandra E. Booth, Attorney at Law, of Columbus, Ohio, argued for claimant-appellant.

Allison Kidd-Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Jane C. Kang, Staff Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Lawrence B. Hagel

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7114

JAMES P. HILLIARD,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the      United States Court of Appeals
for Veterans Claims

in CASE NO(S).      04-2363.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (MAYER, DYK, and MOORE, Circuit Judges )

         AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED March 31, 2009        /s/ Jan Horbaly
                      Jan Horbaly, Clerk